UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

Bruce J. Etheridge, Jr.,

          Plaintiff(s),          08 Civ. 5600 (KMK) (MDF)

-against-

                                  ORDER OF REFERENCE
                                  TO A MAGISTRATE JUDGE

Lawrence Sears,

          Defendant(s).

---------------------------------------------------------------X

The above entitled action is referred to the Honorable Mark D. Fox, United States Magistrate Judge for the following purpose(s):

| | |
|---|---|
| ____ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement | ____ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ____ Specific Non-Dispositive Motion/Dispute:* _____ _____ | ____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction |
| | Purpose:_____ |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | _X_ Habeas Corpus |
| | ____ Social Security |
| ____ Settlement* | ____ Dispositive Motion (i.e., motion requiring a Report and Recommendation |
| ____ Inquest After Default/Damages Hearing | |
| | Particular Motion:_____ |
| | All such motions:_____ |

* Do not check if already assigned for general pretrial.

Dated: June 24, 2008

SO ORDERED

/s/ Kenneth M. Karas
Hon. Kenneth M. Karas
United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____